

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Kristen Lopez,

Vs. No. 11-23-00241-CR

The State of Texas,

\* From the 350th District Court
of Taylor County,
Trial Court No. 14497-D.

\* November 30, 2023

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.